[ COOKES v. WINCOLL ]

Elisabeth Cooke Executrix and Elisha Cooke Executo<sup>r</sup> of the Last will and Testam<sup>t</sup> of the late Rich<sup>d</sup> Cooke deced. or either of them plaint<sup>s</sup> ag<sup>t</sup> Capt<sup>n</sup> John Wincoll Def<sup>dt</sup> in an action of the case for witholding the Summe of Sixteen hundred pounds in currant mony of New-England due by bond under his hand and Seale bearing date. 26° July. 1671. with other due damages &<sup>a</sup>. . . . The Jury . . . found for the plaint<sup>s</sup> the Forfiture of the bond & costs of Court. Vpon request of the Def<sup>dt</sup> & hearing of both partys The Court chancered this forfiture to Nine hundred Seventy two pounds Eleven Shillings mony and costs of Court granted thirty Eight Shillings.

Execution issued. 18° Feb<sup>ry</sup> 1677/8@

[ HARRIS v. LAMB ]

Rich<sup>d</sup> Harris plaint. ag<sup>t</sup> Abiel Lamb Def<sup>dt</sup> in an action of debt of Sixty pound in mony due by bond bearing date. March. 7th 1676. under the hand & Seale of s<sup>d</sup> Lamb with all other due damages etc. . . . The Jury . . . found for the plaint. forfiture of the bond Sixty pounds in mony & costs of Court.